JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA VENIT,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAM VENIT,<br><br>    Defendant. | Case No. CV 22-4362 FMO (AGRx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 20th day of December, 2022.

                                            /s/
                                    Fernando M. Olguin
                                 United States District Judge